## United States District Court — Violation Notice

CVB Location Code: **WL1**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3347208 | Schell | 52414 |

3347208

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | State Code |
|---|---|---|
| 01/14/2013 | LRS 32:123 | ☒ State Code |

**Place of Offense:** 5th St & Alabama Ft Polk LA 71459

**Offense Description / Factual Basis for Charge:** Failure to yield

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: [redacted]   First Name: David   M.I.: J

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| V23164 | SC | 07 | Ford Taurus | ☐ | Grey |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 40   Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 65   Total Collateral Due

### YOUR COURT DATE

Date: 03/18/2013   Time: 0800

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **14 January**, 20**13** while exercising my duties as a law enforcement officer in the **Western** District of **Louisiana**

I (BASA. Schell) was dispatched to a traffic accident with injuries at the intersection of Alabama Ave and 5th St. Upon my arrival NC Fire was on scene and patient #2 was directly hit. The two vehicles #1 in cab, was [illegible] the [illegible] S/W [illegible] of Alabama Ave [illegible] in the right lane of Alabama Ave vehicle #2 [illegible] in color, 2005 Ford [illegible] "Wright" at the [illegible] South on Alabama Ave. Investigation revealed that Stated failed to yield passing westbound on 8th Street to oncoming traffic traveling southbound on Alabama Ave when vehicle #1 striking vehicle #2...

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/__/2013   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident